| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Wesley, Richard C | 2. Court or Organization US Court of Appeals, 2nd Cir. | 3. Date of Report 03/23/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active, U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address Livingston Co. Gov.'t Center 6 Court Street Geneseo, New York 14454 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Cornell University Council |
| 2. Member | Cornell Law School Advisory Council |
| 3. | See additional page regarding Trustee. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | New York State Employees Retirement System: pension upon retirement at 55. |
| 2. | |
| 3. | |

RECEIVED 2007 MAR 29 A 10: 53 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 03/23/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | New York State Employee's Retirement System | $ 54,566.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Livonia Central School (salary) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University at Albany | 3/20/06 to 3/21/06 Seminar at the Univeristy at Albany, Albany, New York |
| 2. | U.S. Courts/AO - Federal Government | 3/22/06 to 3/23/06 Meeting of the Circuit judicial Council or committees in Syracuse, New York |
| 3. | University of Virginia Law School | 3/26/06 to 3/28/06 Educational seminar at the University of Virginia Law School Charlottesville, Virginia |
| 4. | Harvard Law School | 4/10/06 to 4/12/06 Educational seminar at Harvard Law School, Cambridge, MA |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 03/23/2007 |

| | | |
|---|---|---|
| 5. | U.S.Courts/AO - Federal Government | 4/27/06 to 4/27/06 Meeting of Circuit judicial Council or committee at Syracuse, New York |
| 6. | U.S. Courts/AO - Federal Government | 6/5/06 to 6/5/06 Meeting of the Circuit Judicial Council or committee at Syracuse, New York |
| 7. | U.S. Courts/AO - Federal Government | 6/25/06 to 6/28/06 Meeting sponsored by the AO in Farmington, Pennsylvania |
| 8. | U.S. Courts/AO - Federal Government | 9/6/06 to 9/7/06 Meeting of the Circuit Judicial Council or Committees in Albany, New York |
| 9. | U.S. Courts/AO - Federal Government | 9/7/06 to 9/9/06 Circuit Judicial Conference in New Palz, New York |
| 10. | U.S. Courts/AO - Federal Government | 10/11/06 to 10/13/06 FJC educational seminar or program at Washington, D.C. |
| 11. | U.S. Courts/AO - Federal Government | 10/19/06 to 10/21/06 Meeting of the Circuit Judicial Council or committee - Washington, D.C. |
| 12. | U.S. Courts/AO - Federal Government | 11/1/06 to 11/1/06 Court Governance: administratrive/managerial meeting in New York, New York |
| 13. | Eric County Bar Association | 11/3/06 to 11/3/06 Professional Association meeting in Buffalo, New York |
| 14. | Fordman Law School | 11/28/06 to 11/28/06 Educational seminar at Fordham Law School, New York, New York |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 03/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Key Bank Account | B | Interest | L | T | | | | | |
| 2. Trust I - Chevy Chase Bank Acct. | A | Interest | J | T | | | | | |
| 3. Trust II - Chevy Chase Bank Acct. | A | Interest | J | T | | | | | |
| 4. NWML Balanced Funds (IRA) | A | Dividend | J | T | | | | | |
| 5. Northwestern Mutual Life (Whole Life) | D | Dividend | L | T | | | | | |
| 6. Northwestern Mutual Life (Whole Life) | B | Dividend | K | T | | | | | |
| 7. Northwestern Mutual Life (Whole Life) | C | Dividend | K | T | | | | | |
| 8. Northwestern Mutual Life (Whole Life) | B | Dividend | K | T | | | | | |
| 9. Northwestern Mutual Life (Whole Life) | A | Dividend | J | T | | | | | |
| 10. Northwestern Mutual Life (Whole Life) | A | Dividend | J | T | | | | | |
| 11. SA Fixed Income Fund (IRA) | B | Dividend | L | T | | | | | |
| 12. SA U.S. Market Fund Class I (IRA) | A | Dividend | L | T | | | | | |
| 13. SA International Small Company Fund Class I (IRA) | A | Dividend | K | T | | | | | |
| 14. SA International High Book to Market Fund Class I (IRA) | C | Dividend | M | T | | | | | |
| 15. SA U.S. Small Fund Class I (IRA) | A | Dividend | K | T | | | | | |
| 16. SA U.S. High Book to Market Fund Class I (IRA) | A | Dividend | K | T | | | | | |
| 17. Assanti Capital Management, Inc. (IRA) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| cash | | | | | | | | | |
| 18.    Washington Mutual Investors | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part I - Positions:
   Trust I
   Trust II   I am the trustee for both trusts.

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 03/23/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

Date___March 23, 2007___

NOTE _____.TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544